Clerk Abel Acosta

I am requesting a "Clerks Appearance Docket or Docket Sheet and an 11.07 Habeas Corpus packet and forms.

My Tr. Ct. No. CR-12-0850, My name is Stephen Anthony Marquez presently incarcerated at Coffield Unit, 2661 FM 2054, Tennessee Colony, TX 75884, TDCJ# 1869138.

Thank You very much.

Stephen A Marquez
STEPHEN Anthony Marquez
Coffield Unit
2661 FM 2054
Tennessee Colony, TX
75884